IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CENTER FOR WOUND HEALING | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-3149 |
| PAUL TOOMEY | : | |

## ORDER

AND NOW, this 24th day of July, 2009, at 7:05 p.m., upon consideration of Plaintiff The Center for Wound Healing's Memorandum in Support of Extending Temporary Restraining Order (Doc. No. 7), and Defendant's Motion to Dismiss Count II of the Complaint with Prejudice (Doc. No. 8), and after a hearing in open court, and the Court having determined that good cause exists to extend the Temporary Restraining Order entered on July 17, 2009 (Doc. No. 6), it is ORDERED as follows:

1. The Temporary Restraining Order entered on July 17, 2009, is EXTENDED for ten (10) days pursuant to Federal Rule of Civil Procedure 65(b)(2) and Federal Rule of Civil Procedure 6.

2. This Order shall become effective upon issuance by Plaintiff of a surety bond in the amount of $25,000.

3. A hearing on Plaintiff's request for preliminary injunction is scheduled for Friday, August 7, 2009, at 9:30 a.m. in Courtroom 8A, United States Courthouse, 6th and Market Streets, Philadelphia, Pennsylvania.

IT IS SO ORDERED.

Date: 7/24/2009                             BY THE COURT:


Time: 7:05 p.m.                             /s/ *R. Barclay Surrick*
                                            U.S. District Judge